# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| Ellison Educational Equipment, Inc., a California corporation,<br><br>    Plaintiff and<br>    Counter Defendant,<br><br>    vs.<br><br>Prima Marketing, Inc., a California corporation, and Does 1-10,<br><br>    Defendant and<br>    Counter Claimant. | CASE NO.: 8:18-cv-02270-DOC-KES<br><br>Honorable David O. Carter<br><br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [28]** |

1      Upon consideration of the parties' stipulation and good cause having been
2  shown, all claims and counterclaims are dismissed with prejudice.  Each side shall
3  bear their own costs, expenses and attorneys' fees.

4

5      **IT IS SO ORDERED.**

6

7

8  DATED:  May 15, 2019                  *David O. Carter*
                                        HONORABLE DAVID O. CARTER
9                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-        CASE NO.: 8:18-cv-02270
[PROPOSED] ORDER ON JOINT STIP. OF DISMISSAL
4831-5163-8166v2/102434-0012